a certificate of importance if the plaintiffs should request one.

*Judgment affirmed.*

Robson, J., concurs.
Tuohy, J., took no part.

Servisoft, Inc., Plaintiff-Appellee, v. LeRoy C. Lind, Defendant-Appellant.

Gen. No. 10,689.   (Abstract of Decision.)

Miller, Thomas, Hickey & Collins, for appellant; William E. Collins, of counsel; L. W. Menzimer, for appellee; Dale F. Conde, of counsel. Opinion by Justice Dove. Not to be published in full. Opinion filed December 19, 1953; released for publication January 4, 1954.

Abner Johnson, Plaintiff-Appellee, v. William Spinhirne, Defendant-Appellant.

Gen. No. 10,695.   (Abstract of Decision.)